UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                 ORDER
        v.                                       05-CR-250

ELADIO RODRIGUEZ,

                Defendant.

---

The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(A). On August 16, 2007, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion to suppress evidence be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties. No objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion to suppress evidence is denied.

1

SO ORDERED.

              s/ *Richard J. Arcara*
              HONORABLE RICHARD J. ARCARA
              CHIEF JUDGE
              UNITED STATES DISTRICT COURT

DATED:  September 5, 2007